

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |  |
|---|---|---|
| LAURA KNIGHT, | § | No. 08-12-00355-CR |
| Appellant, | § | Appeal from the |
| v. | § | 346th District Court |
| THE STATE OF TEXAS, | § | of El Paso County, Texas |
| State. | § | (TC# 20090D02461) |
|  | § |  |

# **O R D E R**

The Court GRANTS the State's third motion for extension of time to file the brief until **June 24, 2014**. NO FURTHER MOTIONS FOR EXTENSION OF TIME TO FILE THE STATE'S BRIEF WILL BE CONSIDERED BY THIS COURT.

It is further ORDERED that the Hon. Jaime Esparza, the State's Attorney, prepare the State's brief and forward the same to this Court on or before June 24, 2014.

IT IS SO ORDERED this 28th day of May, 2014.

PER CURIAM

Before McClure, C.J., Rivera, and Rodriguez, JJ.